tract. Judgment for defendant. Appeal from the Circuit Court of Will county; the Hon. A. W. DeSelm, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed August 5, 1922.

Garnsey, Wood & Lennon, for appellant.    J. W. D'Arcy, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**Ulysses Swift, appellee, v. B. C. Eastwood and E. C. Stokburger, appellants.   Gen. No. 7,036.**

Suit against real estate brokers for an accounting and for a money decree for an amount alleged to be due plaintiff on the sale of property. Decree for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed August 5, 1922.

David D. Madden, for appellants. Roy F. Hall, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**George H. Pacey, appellee, v. Block & Kuhl Company, appellant. Gen. No. 7,007.**

Assumpsit for commission on net sales made by plaintiff as a furniture salesman in the employ of defendant. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Robert H. Lovett, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed August 5, 1922.

Hunter, Page & Kavanagh, for appellant. Clarence W. Heyl and Harry C. Heyl, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

**George A. Lyon, trustee in bankruptcy of the estate of Josiah L. Robinson, appellant, v. Josiah L. Robinson et al., appellees.   Gen. No. 7,027.**

Suit by trustee in bankruptcy to set aside certain transfers of the bankrupt as being in fraud of creditors. Exceptions to master's report sustained and bill dismissed for want of equity. Appeal from the Circuit Court of Rock Island county; the Hon. F. D. Ramsay, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed August 5, 1922. Rehearing denied October 3, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Bowersock & Fizzell and Stafford, Schoede & Stafford, for appellant. Kenworthy, Dietz, Shallberg, Harper & Sinnett, for appellees.

Mr. Justice Partlow delivered the opinion of the court.

---

**C. E. Enbloom, appellant, v. H. A. Bullock et al., appellees.   Gen. No. 7,063.**

Suit to have real estate levied upon decreed to be the property of a corporate judgment creditor and subject to payment of the judgment. Bill dismissed for want of equity. Appeal from the Circuit Court of Knox county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the December term, 1921. Affirmed. Opinion filed August 5, 1922.